**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Vincente ORTIZ, Defendant— Appellant.**

**No. 06–10386.**

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 21, 2007.

Richard J. Suzuki Fax, Office of the U.S. Attorney, Evo A. Deconcini, U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

James S. Park, Esq., Park Law Office, PLC, Phoenix, AZ, for Defendant–Appellant.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

## MEMORANDUM **

Vincente Ortiz appeals from the 52–month sentence imposed following his jury conviction of illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Ortiz contends that the district court imposed an unreasonable sentence by failing to consider all of the factors enumerated in 18 U.S.C. § 3553(a).

Because the record reflects that the district court properly weighed and considered the various factors set forth in 18 U.S.C. § 3553(a), we conclude that Ortiz's sentence was reasonable. *See United States v. Mix*, 457 F.3d 906, 912 (9th Cir. 2006) ("A district court is not required to refer to each factor listed in § 3553(a).").

**AFFIRMED.**